# Court of Appeals
# of the State of Georgia

ATLANTA, September 14, 2016

*The Court of Appeals hereby passes the following order*

## A17D0029. MONUMEDIA II, LLC v. CITY OF ATLANTA BOARD OF ZONING ADJUSTMENT et al..

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2014CV248601



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, September 14, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*